UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RANDY SWINSON,<br><br>                    Plaintiff,<br><br>         -against-<br><br>CITY OF NEW YORK; WARDEN SHERAJ; WARDEN DUNBAR; A.D.W. CARTER; HAZEL JENNINGS, CHIEF OF DEPT. OF CORRECTION,<br><br>                    Defendants. | 20-CV-10085 (CM)<br><br>CIVIL JUDGMENT |

Pursuant to the order issued March 17, 2021, dismissing the complaint,

IT IS ORDERED, ADJUDGED, AND DECREED that the complaint is dismissed without prejudice under the Prison Litigation Reform Act's "three-strikes" rule. *See* 28 U.S.C. § 1915(g). Plaintiff continues to be barred from filing any civil action under the *in forma pauperis* statute while a prisoner unless Plaintiff is under imminent danger of serious physical injury. *See* 28 U.S.C. § 1915(g).

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

IT IS FURTHER ORDERED that the Clerk of Court mail a copy of this judgment to Plaintiff and note service on the docket.

SO ORDERED.

Dated:   March 17, 2021
         New York, New York

                                                            _____
                                                                    COLLEEN McMAHON
                                                            Chief United States District Judge